

WR-81,778-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/6/2015 8:40:01 AM
Accepted 4/6/2015 9:53:19 AM
ABEL ACOSTA
CLERK

# DISTRICT ATTORNEY'S OFFICE
## 33ʀᴅ & 424ᴛʜ Judicial Districts
### COUNTIES OF
**BLANCO • BURNET • LLANO • SAN SABA**

## Wiley B. McAfee
**District Attorney**

RECEIVED
COURT OF CRIMINAL APPEALS
4/6/2015
ABEL ACOSTA, CLERK

April 06, 2015

Mr. Abel Acosta
Clerk of Court of Criminal Appeals
P. O. Box 12308, Capitol Station
Austin, TX 78711

Re:    Case No. WR-81,778-01; Ex parte Brandon Lovingood
       Art. 11.07 application for writ of habeas corpus
       Trial Court #5668-A, San Saba County

Dear Mr. Acosta:

    Please accept this letter as our designation of Lead Counsel for the State of Texas, Appellee, in the above described case.   Lead Counsel for this case is:

    Gary W. Bunyard
    Assistant District Attorney
    P.O. Box 725
    Llano, TX 78643
    (325) 247-5755 (voice)
    (325) 247-5274 (fax)
    g.bunyard@co.llano.tx.us

                                    Sincerely,

                                    Gary W. Bunyard
                                    Assistant District Attorney

cc:    David Schulman
       via EServe

**811 Berry Street • P.O. Box 725 • Llano, Texas 78643 • 325-247-5755 • Fax 325-247-5274**